# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI ABTS,<br>    Plaintiff,<br>v.<br>JUDGE RONALD J. ISRAEL et al.,<br>    Defendants. | Case No. 2:25-cv-01382-CDS-NJK<br>**Order**<br>[Docket No. 6] |

Pending before the Court is Plaintiff's motion to extend the time to file an amended complaint.[1]  Docket No. 6.

Local Rule 26-3 requires a motion to extend a date set by court order to be supported by a showing of good cause for the extension.

On July 31, 2025, the Court issued an order affording Plaintiff until August 21, 2025, to file an amended complaint. Docket No. 3.  In the instant motion, Plaintiff submits that she did not receive the Court's order and requests an extension of time to file the amended complaint. Docket No. 6.

Accordingly, the Court GRANTS Plaintiff's motion to extend.  Plaintiff must file her amended complaint no later than September 10, 2025.

IT IS SO ORDERED.

Dated: August 21, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1